United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Charles Bonner, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. H-22-3502 |
| | § | |
| Ayanal Batiste, et al., | § | |
|     *Defendants*. | § | |

## ORDER OF ADOPTION

On August 14, 2023, Magistrate Judge Peter Bray recommended that the Texas Board of Pardons and Paroles' Motion to Dismiss be granted and that Plaintiff's claims against the Texas Board of Pardons and Paroles and the Texas Department of Criminal Justice Parole Division be dismissed without prejudice. ECF No. 19. Judge Bray also recommended that Plaintiff's claims against Ayanal Batiste be dismissed with prejudice for failure to prosecute. ECF Nos. 20. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS each Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on September **14**, 2023.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE